# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE BENSALEM MASJID, INC.**<br><br>     v.<br><br>**BENSALEM TOWNSHIP, PENNSYLVANIA, et al.** | **CIVIL ACTION**<br><br>**NO. 14-6955** |

## ORDER

And NOW, this 13th day of November, 2015, for the reasons stated in the foregoing memorandum, upon consideration of Plaintiff's Motion for Reconsideration (ECF 32), and all responses and replies thereto, it is hereby **ORDERED** that said motion is **DENIED.**

                              BY THE COURT:

                              /s/ Michael M. Baylson
                              _____
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-6955 bensalem masjid inc. v. bensalem twp\14cv6955.2015.11.13.order.mtr.doc